TERESA S. RENAKER – CA State Bar No. 187800
Email: trenaker@lewisfeinberg.com
ANGELICA JONGCO – CA State Bar No. 244374
Email: ajongco@lewisfeinberg.com
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
476 - 9th Street
Oakland, CA 94607
Tel: (510) 839-6824
Fax: (510) 839-7839

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br><br>   vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendant. | Case No. 13-CV-00099-DMR<br>Modified<br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT PLAINTIFF TO PROCEED UNDER FICTITIOUS NAME** |

Good cause appearing, the Court hereby ORDERS as follows:

1.     Plaintiff's Motion for Administrative Relief to Permit Plaintiff to Proceed Under Fictitious Name is GRANTED and the docket shall continue to reflect Plaintiff's name as John Doe.

2.     Plaintiff shall be referred to as John Doe in all pleadings, depositions, and other documents related to this litigation, and Plaintiff shall be allowed to endorse any documents related to this litigation using the pseudonym John Doe.

3.     Plaintiff's name, address, and telephone number, and any other personal identifying information shall be redacted from any evidentiary materials filed with the Court in this manner. To avoid any burden falling on Defendant from this requirement to redact

CASE NO. 13-CV-00099-DMR

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT PLAINTIFF TO PROCEED UNDER FICTITIOUS NAME

1    documents, Plaintiff's counsel shall perform such redactions upon request of Defendant's

2    counsel with reasonable notice from Defendant's counsel.

3         4.    In all proceedings held before this Court, including trial, all counsel, witnesses,

4    and court personnel shall refer to Plaintiff by his pseudonym, John Doe.

5         5.    Despite this Order, should any party in this action desire to file a document with

6    the Court under seal, an appropriate motion may be filed pursuant to Civil Local Rule 79-5 in

7    advance of filing of the document.

8         6.    The terms of this Order shall remain in effect until further notice by this Court.

9    IT IS SO ORDERED.

10

11   Dated:    January 10, 2013



12                                              DONNA M. RYU
                                                United States Magistrate Judge

13

14

15

16   7. Should any party in this action desire that the terms of
     Plaintiff's anonymity in this matter be altered, that party shall

17   file an administrative motion to amend this order.

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 13-CV-00099-DMR                                    [          ] ORDER GRANTING PLAINTIFF'S
                                    2                        MOTION FOR ADMINISTRATIVE RELIEF TO
                                                             PERMIT PLAINTIFF TO PROCEED UNDER
                                                                          FICTITIOUS NAME